762 F.Supp.2d 631 (2010)
In re WORLD TRADE CENTER DISASTER SITE LITIGATION.
In re Lower Manhattan Disaster Site Litigation.
In re Combined World Trade Center and Lower Manhattan Disaster Site Litigation.
Nos. 21 MC 100(AKH), 21 MC 102, 21 MC 103.
United States District Court, S.D. New York.
December 30, 2010.
*632 Marion Sandra Mishkin, Marion S. Mishkin, Esq., Robin Michel Wertheimer, Wertheimer Associates, P.C., Andrew J. Carboy, Andrew John Carboy, Sr., Sullivan, Papain, Block, McGrath & Cannavo, P.C., David L. Kremen, Oshman & Mirisola, LLP, Suzanne Melissa Scott, A. Joseph Giannini, Mariangela Chiaravalloti, Friedman, Friedman, Chiaravalloti & Giannini, Donna Rae Silverglad, Kenneth Sacks, Sacks & Sacks, LLP, Andrew John Schotz, Flemming, Zulack,& Williamson, L.L.P., Brian David Crosby, Denise Ava Rubin, Marc Jay Bern, Napoli Bern Ripka, LLP, George N. Kalamaras, Michael C. Mace, Patricia I. Jorge, Christopher R. LoPalo, W. Steven Berman, William Joseph Dubanevich, Worby, Groner, Edelman & Napoli Bern, L.L.P., Edward L. Marcowitz, Barasch McGarry Salzman Penson & Lim, Stephen Jeffrey Riegel, Stephen Jeffrey Riegel, Weitz and Luxenburg, P.C., Dario Anthony Chinigo, Paul T. Hofmann, Hofmann & Associates, Gregory J. Cannata, Law Office of Gregory J. Cannata, Rita F. Aronov, Shestack & Young, LLP, Erin K. Hurley, Schneider, Kleinick Et Al., Robert Allen Grochow, Robert Allen Grochow, Gregory J. Cannta & Associates, Matthew Joseph McCauley, Sedgwick, Detert, Moran & Arnold, LLP, David Paul Horowitz, Ressler & Ressler, New York, NY, Willard R. Pratt, III, Vernon, NY, Ryan Seth Goldstein, Law Office of Ryan S. Goldstein, PLLC, Bronx, NY, Harvey B. Ginsberg, Worby, Groner, Edelman, & Napoli Bern, L.L.P., East Meadow, NY, Gustave Vila, Kuczinski, Vila & Associates, Elmsford, NY, for Plaintiffs.
*633 Francis Lavery, pro se.
Kathryn Lavery, pro se.
Arlene McGillick, pro se.
Jon J. McGillick, pro se.
Dewardranth Samaroo, pro se.
Sue Ann Andersen, pro se.
Sharon Accetta, pro se.
Kevin Mongiello, pro se.
Wendy Henry, pro se.
Joseph Leahy, pro se.
Sandra Leahy, pro se.
Allison Edwards, pro se.
William Edwards, Malone, NY, pro se.
Debra Curcio, pro se.
Peter Curcio, pro se.
Patricia M. Digiovanni, pro se.
James Fullam, pro se.
Jacqueline Miller, pro se.
James Miller, Ossining, NY, pro se.
James Mullen, pro se.
Kim Mullen, pro se.
John Murphy, pro se.
Suzanne Murphy, pro se.
Dan Potter, pro se.
Jean Potter, pro se.
James Service, pro se.
Rebecca Service, pro se.
Bozena Kajewska-Pielarz, pro se.
Joesf Pielarz, pro se.
Khemraj Singh, pro se.
Antonio Martino, pro se:
Nicole Martino, pro se.
James Baumann, pro se.
Richard Bittles, pro se.
John Marks, pro se.
Lisa Marks, pro se.
Anthony Marden, pro se.
Christina Marden, pro se.
Kathleen Doerler, pro se.
Elizabeth Connolly, pro se.
James Connolly, pro se.
Catherine Musto, pro se.
Louis Musto, pro se.
Gerald Quill, pro se.
Linda Quill, pro se.
Edward Scharfberg, pro se.
Marylee Scharfberg, pro se.
Christine Voce, pro se.
Gregory Voce, pro se.
Cora Weihs, pro se.
Joseph Weihs, pro se.
Suzanne Worontzoff, pro se.
Walter Worontzoff, pro se.
Anna Zecca, pro se.
George Zecca, pro se.
Barbara Lopez, pro se.
Manuel Lopez, pro se.
Thomas Lennon, pro se.
Aida Valdiulezo-Nieto, pro se.
Edward Learning, pro se.
Victoria Learning, pro se.
Hamide Cagatay, pro se.
Zebebulah Cagatay, pro se.
Jose Calle, pro se.
Rudolph Geiger, pro se.
Bozena Kajewska-Pielarz, pro se.
*634 Joesf Pielarz, pro se.
Carolyn Bryson, pro se.
Robert Mule, pro se.
Charity Oberdier, pro se.
Jeffrey Oberdier, pro se.
Deborah Scotto, pro se.
Dominick Scotto, pro se.
Doell Kemmet, pro se.
Frank Scallo, pro se.
Rafael Valdez, pro se.
Manuel Checo, pro se.
Darren C. Harkins, pro se.
Donna-Marie Gullo, pro se.
Sonya Cutting, pro se.
Maryellen Faivre, pro se.
Andrew Dunaway, pro se.
Kevin Bartolomew, pro se.
Maria Bartolomew, pro se.
Kathleen Dallas, pro se.
Kevin Dallas, pro se.
Josephine Genovese, pro se.
Peter Genovese, pro se.
Daniel Joyce, pro se.
Clifford Kartell, pro se.
Susan Kartell, pro se.
Edgar Lugo, pro se.
Minery A. Lugo, pro se.
Frank McCullagh, pro se.
Rose McCullagh, pro se.
Patricia Meade, pro se.
Rory Meade, pro se.
Chandidas Potopsingh, pro se.
Lorraine Potopsingh, pro se.
Andy Saladeen, pro se.
Semoy W. Saladeen, pro se.
Joseph Selesky, pro se.
Sharon Selesky, pro se.
Mark Sillaro, pro se.
Monico Sillaro, pro se.
Louis Vaccaro, pro se.
James Romano, pro se.
Jack J. D'Elia, Howard Beach, NY, pro se.
David Nolan, pro se.
Louise Nolan, pro se.
Robert Panarella, pro se.
Herbert Pate, pro se.
Michael Chambers, pro se.
Kevin Barry, pro se.
Lorraine Barry, pro se.
Keith Richards, pro se.
Teresa Arca, pro se.
William Ziegelmeir, pro se.
Patrick Desarlo, pro se.
Noreen Desarlo, pro se.
Antoinette Cacovic, pro se.
Alexander Cacovic, pro se.
William Geer, pro se.
Randy S. Brenner, pro se.
Andrew Porazzo, pro se.
Pawel Krasko, pro se.
Kevin Barry, pro se.
Lorraine Barry, pro se.
Keith Richards, pro se.
Teresa Arca, pro se.
William Ziegelmeir, pro se.
Patrick Desarlo, pro se.
Noreen Desarlo, pro se.
Antoinette Cacovic, pro se.
Alexander Cacovic, pro se.
William Geer, pro se.
Randy S. Brenner, pro se.
Andrew Porazzo, pro se.
Pawel Krasko, pro se.
*635 Patricia Deangelis, pro se.
Karen Doty, pro se.
Ricard Doty, pro se.
James Arca, pro se.
William Ziegelmeir, pro se.
Marion Slawinski, pro se.
Marie Slawinski, pro se.
Joanne Williams, pro se.
Dreu Williams, pro se.
Eugene Dalton, pro se.
Nan Dalton, pro se.
Raymond Denninger, pro se.
June Allison, pro se.
John Arciuolo, pro se.
Lauranne Bahrey, pro se.
Michael Barker, pro se.
Ann Marie Barone, pro se.
Thomas Basmagy, pro se.
Hassena Bishun, pro se.
Dennis M. O'Connor, pro se.
Nicholas Lusuriello, pro se.
Thomas M. Flanders, pro se.
All Plaintiffs, pro se.
Adlai Jonathan Jacob Small, Amer S. Pharaon, Anthony Molloy, III, Caroline F. Bartlett, Elissa Judith Glasband, Eric Sean Westenberger, Joseph E. Hopkins, Justin Scott Strochlic, Susan K. Conway, James Edward Tyrrell, Jr., Adlai Jonathan Jacob Small, Patton Boggs, LLP, Newark, NJ, Erin M. Sullivan, Gregg Scott Scharaga, Havkins Rosenfeld Ritzert & Varriale, LLP, Judith Pearl Falk, Andrew John Scholz, James Bruce Eisenberg, Thomas A. Egan, Gerald Gordon Paul, Flemming Zulack Williamson Zauderer, LLP, Matthew J. Maiorana, Queller, Fisher, Washor, Fuchs & Kool LLP, Peter W. Wies, Corporation Counsel of the City of New York, Suzanne Eleanor Success, Scot C. Gleason, New York City Law Depart. Office of the Corporation Counsel, Gregg Scott Scharaga, Havkins Rosenfeld Ritzert & Varriale, LLP, Mark Joseph Weber, Mound Cotton Wollan & Greengrass, Steven Alan Reiss, Theodore Elias Tsekerides, Weil, Gotshal & Manges LLP, Richard Eric Leff, McGivney & Kluger, Brian Pelle Moran, Paul, Hastings, Janofsky & Walker LLP, Brian Scott Levine, James Finbar Desmond, Jr., Theresa Brennan, Lorraine Gwynneth McKay, Cozen O'Connor, Nancy Loraine Pennie, Aaronson Rappaport Feinstein & Deutsch, LLP, Edward M. Fogarty, Jr., Litchfield Cavo, Demetra Sophocleous, Morrison Mahoney, LLP, Francesca Elizabeth Connolly, Malapero & Prisco, LLP, Lee Ann Stevenson, Michael David Reisman, Kirkland & Ellis LLP, Virginia Goodman Futterman, Brian Adam Kalman, London Fischer, LLP, Kimberly Marie Jagodzinski, Jason Andrew Harrington, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Abbie Lynn Eliasberg Fuchs, Harris Beach, PLLC, Dorothy Samel, Jeffrey Samel & Partners, Kenneth George Schwarz, Fischbein, Badillo, Wagner & Harding, Maria J. Ciccia, Squitieri & Fearon LLP, Richard M. Fedrow, Bivona & Cohen, P.C., Howard F. Strongin, Jill Suzanne Taylor, Strongin Rothman & Abrams, LLP, New York, NY, Jonathan M. Peck, Patton Boggs, L.L.P., 6th Floor, NJ, Ryan Seth Goldstein, Law Office of Ryan S. Goldstein, PLLC, Bronx, NY, Shana Lynn Burleson, Shannon W. Conway, Dallas, TX, Michael John Lyle, Weil Gotshal & Manges LLP, Robert J. Higgins, Dickstein Shapiro Morin & Oshinsky LLP, Washington, DC, N. Madro Bandaries, Madro Bandaries, PLC, New Orleans, LA, Danielle Marie White, The Dannon Company, Inc., Steven Robert Kramer, Geraldine Ann Cheverko, Eckert, Seamans, Cherin & Mellott LLC, White Plains, NY, Andrew John Gibbs, Cherry Hill, NJ, Anita B. Weinstein, Cozen O'Connor, Jennifer M. Brooks, Michael Kinkopf, Eckert Seamans Cherin & Mellott, LLC, *636 Philadelphia, PA, Christopher Quinn, Gary W. Harvey, Jeffrey A. Kidder, Morrison Mahoney, LLP, Boston, MA, Christian Holt Gannon, Segal McCambridge Singer & Mahoney, Ltd., Chicago, IL, Marc Howell Pillinger, Kuczinski, Vila, Tarallo, Pillinger & Miller, LLP, Elmsford, NY, Aaron J. Stahl, Alashia L. Chan, Jairo Andres Mayor, Joseph A. Clark, Maureen C. Pavely, Benjamin E. Haglund, Day Pitney, L.L.P., Parsippany, NJ, Brian E. Moffitt, John D. Coyle, Florham Park, NJ, Cynthia K. Courtney, Day Pitney, L.L.P., Hartford, CT, Christopher C. Ross, Law Office of Christopher Ross, East Patchogue, NY, for Defendants.
Atlantic Heydt Corp., pro se.
Bacou-Dalloz US Headquarters, Smithfield, RI, pro se.
Skidmore Owings & Merrill LLP, New York, NY, pro se.
Lockwood Kessler & Bartlett, Inc., Syosset, NY, pro se.
Seasons Industrial Contracting, Staten Island, NY, pro se.
Lefrak Organization Inc., Rego Park, NY, pro se.
Rockrose Development Corp., New York, NY, pro se.
Simpson Gumpertz & Heger Inc., New York, NY, pro se.
Semcor Equipment and Manufacturing Corporation, Keyport, NJ, pro se.
Dakota Demo-Tech, Inc., Kings Park, NY, pro se.
Lastrada General Contracting Corp., College Point, NY, pro se.
Grub & Ellis Management Services, Inc., Albany, NY, pro se.
Survivair Respirators, Inc., Santa Ana, CA, pro se.
Moretrench American Corporation, Albany, NY, pro se.
Lucius Pitkin, Inc., New York, NY, pro se.
Ry Management, Brooklyn, NY, pro se.
Ove Arup & Partners P.C., New York, NY, pro se.
Off Road Welding, Inc., Glen Gardner, NJ, pro se.
Parson Group, Inc., New York, NY, pro se.

ORDER ACCEPTING REPORT OF SPECIAL COUNSEL AND PROVIDING FOR EFFECTIVENESS OF SETTLEMENT
ALVIN K. HELLERSTEIN, District Judge:
I conducted a hearing on December 22, 2010, to consider and regulate two issues necessary to be resolved to consummate the Affirmation of Final Settlement as provided by § XXII of the Settlement Process Agreement, As Amended ("SPA"): (1) the report by the Special Counsel, appointed by my Order of November 24, 2010, concerning the intentions of persons on the Eligible Plaintiffs List ("EPL") of the SPA (a) to enter into the settlement, (b) to opt out of the settlement and to continue with their cases, or (c) to dismiss their cases, or have their cases dismissed, with prejudice; and (2) issues to be resolved prior to the Parties' readiness to execute the Affirmation of Final Settlement Agreement. After hearing the parties, I rule as follows:
1. The written report of the Special Counsel, Michael Hoenig, Esq., and Herzfeld & Rubin, P.C., is accepted and ordered to be filed. The report is attached as Exhibit D to this Order. Mr. Hoenig's conclusions are the subjects of the rulings that follow.
2. The Special Counsel communicated, and exerted best efforts to communicate, *637 with 546 Eligible Plaintiffs, as defined and identified by the SPA, who had not expressed an intention regarding the settlement. This pool included all individuals who had voluntarily dismissed their claims pursuant to Federal Rule of Civil Procedure 41 prior to his appointment. The Special Counsel's efforts have produced the following results:
a. 45 Plaintiffs have stated their intentions to be added to the list of Plaintiffs opting into the settlement. The Special Counsel has provided this information to Plaintiffs' regular counsel, and I am advised that Plaintiffs' regular counsel have transmitted the appropriate paperwork for these Plaintiffs to counsel for the WTC Captive Insurance Company, who have included these Plaintiffs in the settlement.
b. 29 Plaintiffs opted out of the settlement with the intention to continue with their cases. These 29, and the approximately 123 others who previously expressed their intentions to continue with their cases, will be the subjects of a status conference I have scheduled to be held February 2, 2011, at 2:15 pm.
c. 48 plaintiffs asked that their cases be dismissed. All 48 were made aware that all dismissals would be with prejudice, by Court Order. Their cases are being dismissed with prejudice by separate Order pursuant to Federal Rule of Civil Procedure 41(a)(2).
d. 409 Plaintiffs could not be found, or failed or refused to respond to their lawyers' efforts, and to Special Counsel's efforts to locate and communicate with them. By failing to maintain communications and provide instructions to their attorneys, despite numerous efforts by their lawyers and the Special Counsel whom I appointed, they have failed purposefully and intentionally to prosecute their cases. Their cases are being dismissed with prejudice by separate Order pursuant to Federal Rule of Civil Procedure 41(b). Consistent with the terms of the dismissal Order, any motion by these Plaintiffs to reinstate their cases, pursuant to Federal Rule of Civil Procedure 60(b), must be made within 30 days of this Order.
e. 13 individuals presently named as Plaintiffs are deceased, which has led to additional complexities involving the status of their cases. The Special Counsel is presently working to solve the issues arising in these cases, and a report on his progress shall be provided to the Court in due course. These cases shall remain open for the time being.
3. A Plaintiff whose case is dismissed with prejudice is to be removed from the EPL. Accordingly, the Plaintiffs dismissed pursuant to this order and the companion orders also issued today, 457 in number, are to be subtracted from the EPL. See SPA § VI.A.
4. Although counted among the settling Plaintiffs, some Plaintiffs have had deficiencies in their individual settlement documents, and the parties have been working to clear up these deficiencies to ensure a complete release and an initiation of settlement payments. These Plaintiffs are subject to the following orders.
a. 52 Plaintiffs, including Derivative Plaintiffs, although clearly expressing their intention to settle and to release and not to sue Defendants in accordance with the SPA, have done so by documents containing *638 various imperfections. A list of these Plaintiffs is attached as Exhibit APrimary Plaintiffs and Exhibit ADerivative Plaintiffs ("Exhibits A"). I rule that the imperfections and deficiencies do not diminish or undermine the legal effect of the documents. The 27 Primary Plaintiffs and 25 Derivative Plaintiffs identified on the respective Exhibits A are hereby deemed to have executed legally binding Releases and Second Injury Letters, and the Primary Plaintiffs have opted into the settlement for purposes of satisfying the Opt-In Threshold. Primary Plaintiffs and Derivative Plaintiffs on Exhibits A also are eligible to receive all payments due them under the Final Settlement Agreement, and are bound by the terms and conditions of the releases as set forth in Exhibit P to the SPA.
b. Another group of Plaintiffs, including Derivative Plaintiffs, although also having evidenced their intention to settle, have failed to execute properly the appropriate documents. A list of 79 Primary Plaintiffs in this category is attached as Exhibit B, and a list of 288 Derivative Plaintiffs in this category is attached as Exhibit C. With regard to these Plaintiffs, I rule as follows.
(i) Primary Plaintiffs identified on Exhibit B shall be deemed to have opted into the SPA for purposes of satisfying the Opt-In Threshold, but shall not receive any payments under the SPA until their respective deficiencies have been cured, or until further order of the Court. Fees or expenses relating to such Plaintiffs shall not be paid until the deficiencies are cured. The Parties shall attempt to resolve any disputes over deficiencies with the assistance of the Special Masters before seeking relief from the Court.
(ii) Derivative Plaintiffs identified on Exhibit C have claims that derive and depend upon the claim of their settling spouse, who is the Primary Plaintiff. Each of these Derivative Plaintiffs has a Primary Plaintiff spouse who either (a) has executed a proper release, or (b) is listed on Exhibit B. All such Derivative Plaintiffs' shall cure the deficiencies in their derivative releases before January 14, 2011. The related Primary Plaintiffs shall be deemed to have opted into the SPA for purposes of satisfying the Opt In Threshold, and the related Primary Plaintiffs' claims will be evaluated by the Allocation Neutral. If any issues arise from separation or divorce, or from the death of spouses, those should be brought to the attention of the Allocation Neutral and the Parties by January 14, 2011, so that any necessary set-aside of derivative awards can be paid to the appropriate court. If, by January 14, 2011, the deficiencies are not remedied in accordance with this Order, the derivative claims may be dismissed with prejudice.
5. The SPA provides additional compensation to the settling Plaintiffs if the overall opt-in rate exceeds the minimum required threshold, ninetyfive percent of Eligible Plaintiffs. For every additional one percent over the minimum, the WTC Captive Insurance Company must pay an additional two percent of the base settlement amount, or $12.5 million, over and above the base amount of $625 million. At opt-in rates exceeding ninety-eight percent, the WTC Captive Insurance Company must pay *639 two-tenths of one percent (.2 percent) of the base settlement amount for every one-tenth of one percent (.1 percent) over the minimum. This amounts to an added $1.25 million for every one-tenth of one percent (.1 percent) over the 98 percent threshold. See SPA §§ IV.E, II.A. Additional amounts of incentive payments may be available based on other criteria. See id. §§ II.A, IV. The WTC Captive Insurance Company represents that, before adjustment for dismissals, ninety-six and three-tenths percent (96.3 percent) of the Eligible Plaintiffs had opted into the settlement agreement. This figure, however, does not account for dismissals with prejudice provided in today's Orders; these should be removed from the EPL, see SPA § IV.A., and the ratio for calculating the opt-in percentage adjusted. It appears, prima facie, that after removing these dismissed Plaintiffs from the EPL, the final percentage of Plaintiffs who have opted into the settlement exceeds ninety-eight percent. It follows that the amount of incentive payments should be $37.5 million at ninety-eight percent plus whatever fractional percentages over and above ninety-eight percent reflect the actual ratio of settling Plaintiffs to Eligible Plaintiffs who have not been dismissed with prejudice, as well as whatever additional incentive payments may be triggered.
6. Immediately following the report of the WTC Captive Insurance Company, fixing the several numbers identified in this Order, and the entry of this Order, the Affirmation of Final Settlement shall be signed and, as provided by the SPA, the payments thereunder shall duly issue by the Allocation Neutral to the Plaintiffs entitled thereto.
7. The WTC Captive Insurance Company, or any other party feeling aggrieved by any term of this Order or the dismissal Orders also issuing today, may file objections and supporting briefing by January 7, 2011, at 12:00 pm.
SO ORDERED.

Exhibit A  Primary Plaintiffs

-------------------------------------------------------------------------------------------
 Primary Plaintiff Derivative Plaintiff Civil Master
 No. Last Name First Name Last Name First Name Action No. Docket
-------------------------------------------------------------------------------------------
 1 Carroll Padraig Carroll Deirdre 06cv13827 21mc100
-------------------------------------------------------------------------------------------
 2 Diaz Diego Garcia Veronica 07cv09089 21mc100
-------------------------------------------------------------------------------------------
 3 Dilenna Albert 05cv08877 21mc100
-------------------------------------------------------------------------------------------
 4 Dunne John Dunne Mary 06cv13882 21mc100
-------------------------------------------------------------------------------------------
 5 Golba Fred 10cv00554 21mc100
-------------------------------------------------------------------------------------------
 6 Hanson Robert 06cv07309 21mc100
-------------------------------------------------------------------------------------------
 7 Hubert Frank 06cv11695 21mc100
-------------------------------------------------------------------------------------------
 8 LoPresti Laura Lopresti Peter 06cv14809 21mc100
-------------------------------------------------------------------------------------------
 9 Maklari Dennis Maklari Linda 08cv00728 21mc100
-------------------------------------------------------------------------------------------
 10 McGlvn John McGlvn Kim 06cv14858 21mc100
-------------------------------------------------------------------------------------------
 11 McKee Evelyn Mckee Shaun 07cv04389 21mc100
-------------------------------------------------------------------------------------------
 12 Mitchell Solomon Mitchell Victoria 06cv14883 21mc100
-------------------------------------------------------------------------------------------
 13 Montgomery Peter Montgomery Jacalyn 06cv12337 21mc100
-------------------------------------------------------------------------------------------
 14 Nicotra Doreen Nicotra Stephen 06cv14056 21mc100
-------------------------------------------------------------------------------------------
 15 Nunez Marino Nunez Magnolia 07cv10248 21mc100
-------------------------------------------------------------------------------------------
 16 Sparacia Christopher Sparacia Dawn 06cv09220 21mc100
-------------------------------------------------------------------------------------------

*640
 17 Taylor Sondra Taylor, Sr. Robert 08cv11445 21mc100
-------------------------------------------------------------------------------------------
 18 Trance Michael Trance Evelyn 06cv15098 21mc100
-------------------------------------------------------------------------------------------
 19 Foremska Lucyna Foremska Tadeusz 05cv03090 21mc102
-------------------------------------------------------------------------------------------
 20 Galvis Edgar 06cv03422 21mc102
-------------------------------------------------------------------------------------------
 21 Tabares Ljiljana 07cv08289 21mc102
-------------------------------------------------------------------------------------------
 22 Caivinagua Juan 07cv01574 21mc103
-------------------------------------------------------------------------------------------
 23 Gallego Carmen Gallego Salazar 07cv00062 21mc103
-------------------------------------------------------------------------------------------
 24 Jones James 06cv11700 21mc103
-------------------------------------------------------------------------------------------
 25 Leon Cesar Dipini Agnes 07cv00063 21mc103
-------------------------------------------------------------------------------------------
 26 Quizhpi Nelly Sinchi Victor 08cv04941 & 21mc103
 07cv01535
-------------------------------------------------------------------------------------------
 27 Riera Carlos 07cv01518 21mc103
-------------------------------------------------------------------------------------------

Exhibit ADerivative Plaintiffs

-------------------------------------------------------------------------------------------
 Primary Plaintiff Derivative Plaintiff Civil Master
 No. Last Name First Name Last Name First Name Action No. Docket
-------------------------------------------------------------------------------------------
 1 Arellano Lorenzo Arellano Tricia 05cv01082 21mc100
-------------------------------------------------------------------------------------------
 2 Arthur Kenrick Vines Valerie 06cv10603 21mc100
-------------------------------------------------------------------------------------------
 3 Athanassiou Theo Athanassiou Helen 06cv11156 21mc100
-------------------------------------------------------------------------------------------
 4 Bryan Raymond Bryan Sheila 06cv11632 21mc100
-------------------------------------------------------------------------------------------
 5 Dunne John Dunne Mary 06cv13882 21mc100
-------------------------------------------------------------------------------------------
 6 Edwards Keith Edwards Maria 06cv08958 21mc100
-------------------------------------------------------------------------------------------
 7 Hill Kelvin Hill Diana 07cv09124 21mc100
-------------------------------------------------------------------------------------------
 8 Keane Robert Keane Cathy 06cv10371 21mc100
-------------------------------------------------------------------------------------------
 9 Maklari Dennis Maklari Linda 08cv00728 21mc100
-------------------------------------------------------------------------------------------
 10 McGlyn John McGlyn Kim 06cv14858 21mc100
-------------------------------------------------------------------------------------------
 11 Mulcahy Daniel Mulcahy Siobhan 06cv10667 21mc100
-------------------------------------------------------------------------------------------
 12 O'Neill Daniel O'Neill Grisell 06cv10620 21me100
-------------------------------------------------------------------------------------------
 13 Rhiman Alim Rhiman Bibi 06cv12444 21mc100
-------------------------------------------------------------------------------------------
 14 Soliman Elsayed Elsayed Doris 05cv03693 21mc100
-------------------------------------------------------------------------------------------
 15 Thomson Dennis Thomson Anita 05cv01630 21mc100
-------------------------------------------------------------------------------------------
 16 Tierney Brian Tierney Denise 06cv11124 21mc100
-------------------------------------------------------------------------------------------
 17 Trance Michael Trance Evelyn 06cv15098 21mc100
-------------------------------------------------------------------------------------------
 18 Gavidia Blanca Gavidia Alexo 07cv04468 21mc102
-------------------------------------------------------------------------------------------
 19 Guiracocha Samuel Guiracocha Rosa Matilde 06cv12120 21mc102
-------------------------------------------------------------------------------------------
 20 Kowalczyk Adam Kowalczyk Sabina 06cv02252 21mc102
-------------------------------------------------------------------------------------------
 21 Vivar David Vivar Luz 07cv05390 21mc102
-------------------------------------------------------------------------------------------
 22 Alvarez-Garcia Hernando Alvarez Ligia 07cv11016 21mc103
-------------------------------------------------------------------------------------------
 23 Khan Imtiaz Khan Bibi 06cv12182 21mc103
-------------------------------------------------------------------------------------------
 24 Martin Craig Martin Beatrice 06cv08035 21mc103
-------------------------------------------------------------------------------------------
 25 Sandoya Henry Alvarez Gloria 07cv11025 21mc103
-------------------------------------------------------------------------------------------

Exhibit B

-------------------------------------------------------------------------------------------
 Primary Plaintiff Derivative Plaintiff Civil Master
 No. Last Name First Name Last Name First Name Action No. Docket
-------------------------------------------------------------------------------------------
 1 Alessi John Alessi Sunshine 07cv08864 21mc100
-------------------------------------------------------------------------------------------
 2 Anzalone Robert Anzalone Ann Marie 05cv01627 21mc100
-------------------------------------------------------------------------------------------
 3 Athanassiou Theo Athanassiou Helen 06cv11156 21mc100
-------------------------------------------------------------------------------------------

*641
 4 Bishun Kampta Bishun Hassena 07cv04314 21mc100
-------------------------------------------------------------------------------------------
 5 Blount Anthony 09cv03307 21mc100
-------------------------------------------------------------------------------------------
 6 Boyles Melba Finlator Michael 06cv10258 21mc100
-------------------------------------------------------------------------------------------
 7 Calabrese Mathew Calabrese Linda 06cv08954 21mc100
-------------------------------------------------------------------------------------------
 8 Capobianco Kenneth Capobianco Michele 06cv14531 21mc100
-------------------------------------------------------------------------------------------
 9 Carter Yannique 06cv14538 21mc100
-------------------------------------------------------------------------------------------
 10 Citara, Sr. John 08cv00642 21mc100
-------------------------------------------------------------------------------------------
 11 Dacunto Robert Dacunto Nancy 06cv09024 21mc100
-------------------------------------------------------------------------------------------
 12 Dalton Charles 03cv00006 21mc100
-------------------------------------------------------------------------------------------
 13 Davis Jacqueline Manzo Michael 06cv08032 21mc100
-------------------------------------------------------------------------------------------
 14 DeSalvo Jack DeSalvo Jennifer 06cv14604 21mc100
-------------------------------------------------------------------------------------------
 15 DeSio James DeSio Kim 06cv07389 21mc100
-------------------------------------------------------------------------------------------
 16 Dobbins James Dobbins Jacqueline 06cv12028 21mc100
-------------------------------------------------------------------------------------------
 17 Elci Thomas Elci Rosaria 06cv09993 21mc100
-------------------------------------------------------------------------------------------
 18 Ford Jeffrey Ford Krista 06cv10557 21mc100
-------------------------------------------------------------------------------------------
 19 Fox Robert Fox Ana 05cv01070 21mc100
-------------------------------------------------------------------------------------------
 20 Francisco Vladimir 06cv11762 21mc100
-------------------------------------------------------------------------------------------
 21 Garcia Franklin 06cv09560 21mc100
-------------------------------------------------------------------------------------------
 22 Golba Fred 10cv00554 21mc100
-------------------------------------------------------------------------------------------
 23 Harris Eugene Newton-Harris Yolanda 05cv01382 21mc100
-------------------------------------------------------------------------------------------
 24 Hill Kelvin Hill Diana 07cv09124 21mc100
-------------------------------------------------------------------------------------------
 25 Howley William Howley Mary 06cv11694 21mc100
-------------------------------------------------------------------------------------------
 26 Hudak Richard Hudak Carole 07cv08897 21mc100
-------------------------------------------------------------------------------------------
 27 Johnson Raymond 06cv12163 21mc100
-------------------------------------------------------------------------------------------
 28 Johnson Rita 06cv12766 21mc100
-------------------------------------------------------------------------------------------
 29 Johnson, Jr. Robert Johnson Christine 03cv00007 21mc100
-------------------------------------------------------------------------------------------
 30 Karen Howard Karen Deborah 07cv10169 21mc100
-------------------------------------------------------------------------------------------
 31 Kearns Jr. Thomas Kearns Mary Ann 06cv14768 21mc100
-------------------------------------------------------------------------------------------
 32 Kibler Robert 06cv11559 21mc100
-------------------------------------------------------------------------------------------
 33 Lee Ricky 06cv08445 21mc100
-------------------------------------------------------------------------------------------
 34 Martinez Hector Martinez Rosanna 06cv09126 21mc100
-------------------------------------------------------------------------------------------
 35 Mayers Cedric 06cv08460 21mc100
-------------------------------------------------------------------------------------------
 36 McKeon Eugene McKean Cynthia Notice of Claim 21mc100
-------------------------------------------------------------------------------------------
 37 McMillan Mary 06cv07319 21mc100
-------------------------------------------------------------------------------------------
 38 Mendez, Jr. Nelson 06cv14871 21mc100
-------------------------------------------------------------------------------------------
 39 Mills Robert 06cv08474 21mc100
-------------------------------------------------------------------------------------------
 40 Murray Bridget Dorsett Floyd 06cv12794 21mc100
-------------------------------------------------------------------------------------------
 41 Nieves Antonio Nieves Jessica 06cv12372 21mc100
-------------------------------------------------------------------------------------------
 42 Norbury John McArdle Gia 06cv06796 21mc100
-------------------------------------------------------------------------------------------
 43 Oetting William Oetting Michele 05cv01717 21mc100
-------------------------------------------------------------------------------------------
 44 O'Rourke Kevin O'Rourke Stacey 05cv01791 21mc100
-------------------------------------------------------------------------------------------
 45 Pellington Stephen Pellington Andrea 09cv03405 21mc100
-------------------------------------------------------------------------------------------
 46 Pines Anthony Pines Emma 06cv10437 21mc100
-------------------------------------------------------------------------------------------
 47 Ponce Richard 06cv09673 21mc100
-------------------------------------------------------------------------------------------
 48 Powell Issac 05cv01612 21mc100
-------------------------------------------------------------------------------------------
 49 Riccardi Joseph Riccardi Maria Notice of Claim 21mc100
-------------------------------------------------------------------------------------------
 50 Roberts Edwin Roberts Evelyn 07cv10832 21mc100
-------------------------------------------------------------------------------------------
 51 Russo James 08cv04665 21mc100
-------------------------------------------------------------------------------------------
 52 Ryan Christopher Ryan Erin 05cv01632 21mc100
-------------------------------------------------------------------------------------------

*642
 53 Saitta Daniel Saitta Laura 07cv09180 21mc100
-------------------------------------------------------------------------------------------
 54 Scacchi Luigi Mancini Giuseppina 07cv10843 21mc100
-------------------------------------------------------------------------------------------
 55 Schmidt Charles 06cv10157 21mc100
-------------------------------------------------------------------------------------------
 56 Serrano Jose 06cv11584 21mc100
-------------------------------------------------------------------------------------------
 57 Solis Oscar Solis Sandra 06cv07551 21mc100
-------------------------------------------------------------------------------------------
 58 Spagnola Joseph Spagnola Wendy 06cv15074 21mc100
-------------------------------------------------------------------------------------------
 59 Tavarez Ruth 06cv07255 21mc100
-------------------------------------------------------------------------------------------
 60 Timashev Marat Timasheva Guzalya 07cv06518 21mc100
-------------------------------------------------------------------------------------------
 61 Truglio Steven Truglio Aleksandra 06cv15101 21mc100
-------------------------------------------------------------------------------------------
 62 Valarezo Wilson Obando-Aguire Sara 06cv07564 21mc100
-------------------------------------------------------------------------------------------
 63 Valerga Paul Valerga Tracy 08cv00804 21mc100
-------------------------------------------------------------------------------------------
 64 Valerio Joseph Valerio Patti 06cv10893 21mc100
-------------------------------------------------------------------------------------------
 65 Weeks Raul Weeks Ana 05cv02551 21mc100
-------------------------------------------------------------------------------------------
 66 Zachar Kenneth Zachar Daniella 06cv12639 21mc100
-------------------------------------------------------------------------------------------
 67 Alvear Santiago Carpio Martha 06cv02220 21mc102
-------------------------------------------------------------------------------------------
 68 Delacruz Gloria Delacruz Ramon 07cv01599 21mc102
-------------------------------------------------------------------------------------------
 69 Guerrero Antonio 07cv05294 21mc102
-------------------------------------------------------------------------------------------
 70 Morales Segundo Morales Dolores 07cv01668 21mc102
-------------------------------------------------------------------------------------------
 71 Pumacuri Manuel 09cv03453 21mc102
-------------------------------------------------------------------------------------------
 72 Valdiviezo Hector Casado Veronica 07cv01542 21mc102
-------------------------------------------------------------------------------------------
 73 Zamora Bolivar Huiracocha Fanny 08cv02740 21mc102
-------------------------------------------------------------------------------------------
 74 Azubike Victor Azubike Tekrisha 07cv09058 21mc103
-------------------------------------------------------------------------------------------
 75 Cesta Monte Mesa Elaine 08cv02597 21mc103
-------------------------------------------------------------------------------------------
 76 Giraldo Hitier 07cv05554 21mc103
-------------------------------------------------------------------------------------------
 77 Marshall Donna 07cv05417 21mc103
-------------------------------------------------------------------------------------------
 78 Naranjo Adolfo Alcivar Doris 08cv02295 21mc103
-------------------------------------------------------------------------------------------
 79 Salwa Jan Salwa Irena 08cv02707 21mc103

Exhibit C

------------------------------------------------------------------------------------------
 Primary Plaintiff Derivative Plaintiff Civil Master
 No. Last Name First Name Last Name First Name Action No. Docket
-------------------------------------------------------------------------------------------
 1 Addonisio Nick Addonisio Lisa 07cv08862 21mc100
-------------------------------------------------------------------------------------------
 2 Agnelli Anthony Agnelli Rose 06cv11882 21mc100
-------------------------------------------------------------------------------------------
 3 Akil Okpara Akil Ronnita 06cv11905 21mc100
-------------------------------------------------------------------------------------------
 4 Alaimo Salvatore Alaimo Donna 05cv09330 21mc100
-------------------------------------------------------------------------------------------
 5 Alexander Victor Alexander Geraldine 07cv04405 21mc100
-------------------------------------------------------------------------------------------
 6 Audino Joseph Audino Audrey 06cv09965 21mc100
------------------------------------------------------------------------------------------
 7 Bagiokos Sarantos Bagiokos Patricia 06cv07938 21mc100
-------------------------------------------------------------------------------------------
 8 Barnes Milton Barnes Bernice 05cv09953 21mc100
-------------------------------------------------------------------------------------------
 9 Bavaro Paul Bavaro Carolyn 05cv01081 21mc100
------------------------------------------------------------------------------------------
 10 Bechtold William Bechtold Marie Elissa 07cv08867 21mc100
-------------------------------------------------------------------------------------------
 11 Beck James Beck Christine 06cv10706 21mc100
-------------------------------------------------------------------------------------------
 12 Benn Richard Benn Ann 07cv09064 21mc100
-------------------------------------------------------------------------------------------
 13 Bennett Howard Bennett Donna 05cv01424 21mc100
-------------------------------------------------------------------------------------------
 14 Bishun Kampta Bishun Hassena 07cv04314 21mc100
-------------------------------------------------------------------------------------------
 15 Blackwood Andre Blackwood Karen 06cv10251 21mc100
-------------------------------------------------------------------------------------------
 16 Boccanfuso Bryan Boccanfuso Tina 06cv12848 21mc100
-------------------------------------------------------------------------------------------
 17 Bomhoff John Bomhoff Joanne 06cv11543 21mc100

*643
-------------------------------------------------------------------------------------------
 18 Bonanno Anthony Bonanno Stephanie 06cv10253 21mc100
-------------------------------------------------------------------------------------------
 19 Booth Paul Booth Julie 06cv09271 21mc100
-------------------------------------------------------------------------------------------
 20 Bourne Thomas Bourne Joann 08cv01351 21mc100
-------------------------------------------------------------------------------------------
 21 Bovell Leon Bovell Stephanie 06cv13618 21mc100
-------------------------------------------------------------------------------------------
 22 Bratjan Jeffrey Bratjan Brandi 07cv10084 21mc100
-------------------------------------------------------------------------------------------
 23 Brumbaugh Ronald Brumbaugh Joanne 06cv08343 21mc100
-------------------------------------------------------------------------------------------
 24 Bustamante Enrique Bustamante Lusmila 06cv12711 21mc100
-------------------------------------------------------------------------------------------
 25 Butler Julio Butler Regina 07cv04338 21mc100
-------------------------------------------------------------------------------------------
 26 Cacovic Alexander DeMasi-Cacovic Antionette 05cv04222 21mc100
-------------------------------------------------------------------------------------------
 27 Caggiano Victor Caggiano Sofia 06cv13815 21mc100
-------------------------------------------------------------------------------------------
 28 Calabrese Mathew Calabrese Linda 06cv08954 21mc100
-------------------------------------------------------------------------------------------
 29 Calzolano Steven Calzolano Debra Ann 06cv10721 21mc100
-------------------------------------------------------------------------------------------
 30 Campbell Howard Campbell Karlen 07cv09078 21mc100
-------------------------------------------------------------------------------------------
 31 Caputo Joseph Caputo Susanne 07cv04890 21mc100
-------------------------------------------------------------------------------------------
 32 Cardona Leslie Matter Ron 07cv04891 21mc100
-------------------------------------------------------------------------------------------
 33 Carrion Isidro Carrasquillo Teresa 09cv03320 21mc100
-------------------------------------------------------------------------------------------
 34 Caruso Troy Caruso Susan 07cv05194 21mc100
-------------------------------------------------------------------------------------------
 35 Cassabria Richard Cassabria Mary 07cv04895 21mc100
-------------------------------------------------------------------------------------------
 36 Chacko Ninan Chacko Sara 06cv12717 21mc100
-------------------------------------------------------------------------------------------
 37 Chambers Michael Chambers Patricia Ann 05cv02651 21mc100
-------------------------------------------------------------------------------------------
 38 Chinga Mario Chinga Samantha 06cv09015 21mc100
-------------------------------------------------------------------------------------------
 39 Chopping Roy Chopping Jennifer 06cv09276 21mc100
-------------------------------------------------------------------------------------------
 40 Coley Farris Coley Sallie 06cv07377 21mc100
-------------------------------------------------------------------------------------------
 41 Colucci Brad Colucci Patricia 06cv08666 21mc100
-------------------------------------------------------------------------------------------
 42 Conrad Joseph Conard Joan 06cv14568 21mc100
-------------------------------------------------------------------------------------------
 43 Coughlin John Coughlin Janet 06cv11894 21mc100
-------------------------------------------------------------------------------------------
 44 Coveny Michael Coveny Nancy 09cv02202 21mc100
-------------------------------------------------------------------------------------------
 45 Croswell George Croswell Roeina 06cv09525 21mc100
-------------------------------------------------------------------------------------------
 46 Cuccaro Michael Cuccaro Anna 06cv08367 21mc100
-------------------------------------------------------------------------------------------
 47 Cuevas Jaime Cuevas Daphne 06cv08589 21mc100
-------------------------------------------------------------------------------------------
 48 Cupani Robert Cupani Nancy 06cv13858 21mc100
-------------------------------------------------------------------------------------------
 49 Davis Rodney Davis Jennifer 06cv11172 21mc100
-------------------------------------------------------------------------------------------
 50 Defreitas Derrick Howard Janel 06cv12021 21mc100
-------------------------------------------------------------------------------------------
 51 DeJesus Richard DeJesus Eliza 06cv09031 21mc100
-------------------------------------------------------------------------------------------
 52 Dellecave Salvatore Dellecave Kimberly 08cv01369 21mc100
-------------------------------------------------------------------------------------------
 53 DeLuce Stephen DeLuce Patricia 06cv10739 21mc100
-------------------------------------------------------------------------------------------
 54 Demaria Frank Demaria Lisa 09cv03343 21mc100
-------------------------------------------------------------------------------------------
 55 DeMasi Nicholas DeMasi Chris 06cv12732 21mc100
-------------------------------------------------------------------------------------------
 56 Diaz Diego Garcia Veronica 07cv09089 21mc100
-------------------------------------------------------------------------------------------
 57 Dilenna Albert Dilenna Vito 05cv08877 21mc100
-------------------------------------------------------------------------------------------
 58 DiLeo Frank Dileo Assuntina 06cv03316 21mc100
-------------------------------------------------------------------------------------------
 59 Dilone Pedro Dilone Estrella 06cv08382 21mc100
-------------------------------------------------------------------------------------------
 60 DiMartino James DiMartino Xiomara 06cv12735 21mc100
-------------------------------------------------------------------------------------------
 61 Dispigna Pat Dispigna Renee 05cv07685 21mc100
-------------------------------------------------------------------------------------------
 62 Dobbins James Dobbins Jacqueline 06cv12028 21mc100
-------------------------------------------------------------------------------------------
 63 Dombrowski Julia Dombrowski John 06cv12030 21mc100
-------------------------------------------------------------------------------------------
 64 Donohue Guy Judge John 06cv08762 21mc100
-------------------------------------------------------------------------------------------
 65 D'Ornellas Manuel Lambert George 07cv10097 21mc100
-------------------------------------------------------------------------------------------
 66 Dorrmann Robert Dorrmann Christina 06cv13879 21mc100
-------------------------------------------------------------------------------------------

*644
-------------------------------------------------------------------------------------------
 67 DuBois Richard Dubois Tara 08cv00665 21mc100
-------------------------------------------------------------------------------------------
 68 Dunworth Michael Dunworth Rosemarie 09cv03349 21mc100
-------------------------------------------------------------------------------------------
 69 Durler David Durler Nanci 07cv08959 21mc100
-------------------------------------------------------------------------------------------
 70 Dziubela Richard Dziubela Carolann 06cv08595 21mc100
-------------------------------------------------------------------------------------------
 71 Erler Richard Erler Barbara 06cv10125 21mc100
-------------------------------------------------------------------------------------------
 72 Esposito Paul Esposito Corrine 06cv08394 21mc100
-------------------------------------------------------------------------------------------
 73 Failla Louis Failla Kerriann 06cv10750 21mc100
-------------------------------------------------------------------------------------------
 74 Farrell Charles Farrell Maria 06cv14638 21mc100
-------------------------------------------------------------------------------------------
 75 Farrell Daniel Farrell Catherine 06cv08396 21mc100
-------------------------------------------------------------------------------------------
 76 Farrell Robert Schultleis Maura 05cv01433 21mc100
-------------------------------------------------------------------------------------------
 77 Ferraro Dominic Ferraro Barbara 07cv10769 21mc100
-------------------------------------------------------------------------------------------
 78 Ferro Albert Ferro Gina 06cv09551 21mc100
-------------------------------------------------------------------------------------------
 79 Fisher Carl Fisher Donna 04cv09083 21mc100
-------------------------------------------------------------------------------------------
 80 Fitzpatrick Patricia Fitzpatrick Abigail 08cv06643 21mc100
-------------------------------------------------------------------------------------------
 81 Francis Orville Francis Margaret 06cv08597 21mc100
-------------------------------------------------------------------------------------------
 82 Frey Keith Frey Elizabeth 06cv12077 21mc100
-------------------------------------------------------------------------------------------
 83 Fuller Roy Fuller Karen 06cv10759 21mc100
-------------------------------------------------------------------------------------------
 84 Furia Mark Furia LeeAnn 06cv13912 21mc100
-------------------------------------------------------------------------------------------
 85 Galvin John Galvin Eileen 08cv04637 21mc100
-------------------------------------------------------------------------------------------
 86 Gelpi Manuel Gelpi Carmen 07cv09210 21mc100
-------------------------------------------------------------------------------------------
 87 Giannandrea Garry Giannandrea Barbara 06cv02959 21mc100
-------------------------------------------------------------------------------------------
 88 Gilmartin Brian Nagle Irene 06cv14685 21mc100
-------------------------------------------------------------------------------------------
 89 Giovacco Ralph Giovacco Dawn-Marie 06cv09566 21mc100
-------------------------------------------------------------------------------------------
 90 Godwin Eugene Godwin Andrea 06cv10659 21mc100
-------------------------------------------------------------------------------------------
 91 Goodwill Aubrey Goodwill Morelda 06cv10329 21mc100
-------------------------------------------------------------------------------------------
 92 Graziano Maria James Anthony 07cv04954 21mc100
-------------------------------------------------------------------------------------------
 93 Gronberg Richard Gronberg Dania 09cv03365 21mc100
-------------------------------------------------------------------------------------------
 94 Guarino Alan Guarino Susan 06cv10768 21mc100
-------------------------------------------------------------------------------------------
 95 Haner Jeff Haner Ann 06cv11023 21mc100
-------------------------------------------------------------------------------------------
 96 Harrington Michael Harrington Jill 06cv11692 21mc100
-------------------------------------------------------------------------------------------
 97 Harris Eugene Newton-Harris Yolanda 05cv01382 21mc100
-------------------------------------------------------------------------------------------
 98 Harwood Ronald Tozer Brenda 06cv12132 21mc100
-------------------------------------------------------------------------------------------
 99 Haynes William Haynes Leah 06cv10346 21mc100
-------------------------------------------------------------------------------------------
 100 Hecht, Jr. Marc Hecht Faye 06cv14716 21mc100
-------------------------------------------------------------------------------------------
 101 Henderson William Henderson Maria 05cv01234 21mc100
-------------------------------------------------------------------------------------------
 102 Hernandez Jerson Hernandez Lillian 07cv10161 21mc100
-------------------------------------------------------------------------------------------
 103 Hickey Peter Hickey Pamela 06cv09081 21mc100
-------------------------------------------------------------------------------------------
 104 Houck Charles Houck Jill 06cv12260 21mc100
-------------------------------------------------------------------------------------------
 105 Hubert Frank Hubert Lauri 06cv11695 21mc100
-------------------------------------------------------------------------------------------
 106 Hunter William Hunter Desirae 06cv11697 21mc100
-------------------------------------------------------------------------------------------
 107 Jackson Anthony Gilliens-Jackson Janine 06cv08427 21mc100
-------------------------------------------------------------------------------------------
 108 Jackson Paul Jackson Kathleen 05cv01499 21mc100
-------------------------------------------------------------------------------------------
 109 Johnson Brendan Johnson Jane 06cv10367 21mc100
-------------------------------------------------------------------------------------------
 110 Johnson Darrell Johnson Rhonda 06cv12159 21mc100
-------------------------------------------------------------------------------------------
 111 Johnson, Jr. Robert Johnson Christine 03cv00007 21mc100
-------------------------------------------------------------------------------------------
 112 Jones Robert Jones Joyce 06cv07449 21mc100
-------------------------------------------------------------------------------------------
 113 Khan Shawn Khan Suzanne 06cv11558 21mc100
-------------------------------------------------------------------------------------------
 114 Khealie Ralph Khealie Shirley 07cv04194 21mc100
-------------------------------------------------------------------------------------------
 115 Kleiman Jeff Kleiman Diane 06cv14775 21mc100
-------------------------------------------------------------------------------------------

*645
 116 Lambkin John Lambkin Jane 06cv10041 21mc100
-------------------------------------------------------------------------------------------
 117 Latimore-Harp Dorothy Harp Jeffrey 06cv10043 21mc100
-------------------------------------------------------------------------------------------
 118 Lavore Giuseppe Lavore Kathryn 06cv08443 21mc100
-------------------------------------------------------------------------------------------
 119 Lee Ryan Lee Kalena 06cv09300 21mc100
-------------------------------------------------------------------------------------------
 120 Leger-Vargas Guilaine Vargas Hector 06cv08907 21mc100
-------------------------------------------------------------------------------------------
 121 Leone Domenico Leone Isabella 08cv00714 21mc100
-------------------------------------------------------------------------------------------
 122 Lopez Rene Lopez Juhenne 06cv13612 21mc100
-------------------------------------------------------------------------------------------
 123 LoPresti Laura Lopresti Peter 06cv14809 21mc100
-------------------------------------------------------------------------------------------
 124 Loughlin Thomas Loughlin Tracy 06cv09623 21mc100
-------------------------------------------------------------------------------------------
 125 Lubeck Victoria Lubeck Jason 06cv09838 21mc100
-------------------------------------------------------------------------------------------
 126 Luna Manuel Rivera Boroido 07cv08907 21mc100
-------------------------------------------------------------------------------------------
 127 Luongo William Luongo Gloria 06cv10387 21mc100
-------------------------------------------------------------------------------------------
 128 Luparello Alessandro Luparello Florence 06cv09624 21mc100
-------------------------------------------------------------------------------------------
 129 Lynam James Lynam Athena 06cv11865 21mc100
-------------------------------------------------------------------------------------------
 130 Maddalena Erasmo Maddalena Antonia 05cv01710 21mc100
-------------------------------------------------------------------------------------------
 131 Madden Eugene Madden Karen 06cv09304 21mc100
-------------------------------------------------------------------------------------------
 132 Maggiore Dominick Maggiore Rose Ann 07cv10798 21mc100
-------------------------------------------------------------------------------------------
 133 Maguire Peter Maguire Lisa 07cv05137 21mc100
-------------------------------------------------------------------------------------------
 134 Maher James Maher Rosemary 06cv06919 21mc100
-------------------------------------------------------------------------------------------
 135 Maher John Maher Rosemary 07cv04197 21mc100
-------------------------------------------------------------------------------------------
 136 Malave James Malave Soraya 07cv09142 21mc100
-------------------------------------------------------------------------------------------
 137 Malone John Malone Lisa 08cv04648 21mc100
-------------------------------------------------------------------------------------------
 138 Mangan-Nadal Constance Nadal Edwin 06cv07316 21mc100
-------------------------------------------------------------------------------------------
 139 Martin Kevin Martin Karen 06cv09629 21mc100
-------------------------------------------------------------------------------------------
 140 Martinez Luis Martinez Suzanne 06cv10665 21mc100
-------------------------------------------------------------------------------------------
 141 Mastrande Guy Mastrande Silvina 06cv10393 21mc100
-------------------------------------------------------------------------------------------
 142 Mazza Thomas Mazza Darann 06cv08698 21mc100
-------------------------------------------------------------------------------------------
 143 McAuliffe John McAuliffe Jeanne 06cv09805 21mc100
-------------------------------------------------------------------------------------------
 144 McCann Daniel McCann Karen 06cv03315 21mc100
-------------------------------------------------------------------------------------------
 145 McCarthy Jessy Mungen Jason 06cv07247 21mc100
-------------------------------------------------------------------------------------------
 146 McCaskey Robert McCaskey Patrice 08cv01398 21mc100
-------------------------------------------------------------------------------------------
 147 McEwan Tom McEwan Syzzette 06cv14856 21mc100
-------------------------------------------------------------------------------------------
 148 McHugh Thomas McHugh Diane 07cv10014 21mc100
-------------------------------------------------------------------------------------------
 149 McKee Evelyn Mckee Shaun 07cv04389 21mc100
-------------------------------------------------------------------------------------------
 150 McNamara Robert McNamara Lisa 06cv14863 21mc100
-------------------------------------------------------------------------------------------
 151 Miller Richard Miller Amy 07cv10813 21mc100
-------------------------------------------------------------------------------------------
 152 Miller Steven Miller Noreen 06cv09641 21mc100
-------------------------------------------------------------------------------------------
 153 Miller Taiwo Miller Stephanie 06cv12325 21mc100
-------------------------------------------------------------------------------------------
 154 Mitchell Solomon Mitchell Victoria 06cv14883 21mc100
-------------------------------------------------------------------------------------------
 155 Modawar Joseph Modawar Francesca 06cv12331 21mc100
-------------------------------------------------------------------------------------------
 156 Moore Raymond Moore Irene 06cv06019 21mc100
-------------------------------------------------------------------------------------------
 157 Moya Angel DeLeon-Moya Sandra 06cv11093 21mc100
-------------------------------------------------------------------------------------------
 158 Murawinski Richard Murawinski Marlene 06cv07321 21mc100
-------------------------------------------------------------------------------------------
 159 Murray Bridget Dorsett Floyd 06cv12794 21mc100
-------------------------------------------------------------------------------------------
 160 Murray Raymond Henness Julie 06cv09342 21mc100
-------------------------------------------------------------------------------------------
 161 Myers Harry Myers Sophia 06cv08488 21mc100
-------------------------------------------------------------------------------------------
 162 Nacional Modesto Naciona Sally 06cv11226 21mc100
-------------------------------------------------------------------------------------------
 163 Napolitan John Napolitano Marie 06cv10145 21mc100
-------------------------------------------------------------------------------------------
 164 Nieves Antonio Nieves Jessica 06cv12372 21mc100
-------------------------------------------------------------------------------------------

*646
 165 Nozile Fred Nozile Amma 06cv10065 21mc100
-------------------------------------------------------------------------------------------
 166 O'Connor Patrick O'Connor Lisa 07cv10194 21mc100
-------------------------------------------------------------------------------------------
 167 Oakes Darren Oakes Maria 06cv10425 21mc100
-------------------------------------------------------------------------------------------
 168 O'Brien John O'Brien Linda 06cv10668 21mc100
-------------------------------------------------------------------------------------------
 169 O'Dea Thomas O'Dea Lisa 08cv04656 21mc100
-------------------------------------------------------------------------------------------
 170 Ohlson Linda Ohson Rudy 06cv10067 21mc100
-------------------------------------------------------------------------------------------
 171 Orellana Johnny Orellana Linda 06cv14935 21mc100
-------------------------------------------------------------------------------------------
 172 Orsulich Stephan Orsulich Kazue 08cv01775 21mc100
-------------------------------------------------------------------------------------------
 173 Owens-Page Ella Page Ben 06cv11575 21mc100
-------------------------------------------------------------------------------------------
 174 Palleschi Michael Palleschi Catherine 06cv12801 21mc100
-------------------------------------------------------------------------------------------
 175 Patti Peter Patti Rita 06cv11832 21mc100
-------------------------------------------------------------------------------------------
 176 Pellegrino Joseph Pellegrino Gina 06cv08656 21mc100
-------------------------------------------------------------------------------------------
 177 Pellington Stephen Pellington Andrea 09cv03405 21mc100
-------------------------------------------------------------------------------------------
 178 Peralta Rafael Peralta Yolanda 06cv14957 21mc100
-------------------------------------------------------------------------------------------
 179 Perrin Anthony Perrin Denise 06cv10072 21mc100
-------------------------------------------------------------------------------------------
 180 Porrata Anthony Porrata Maritza 06cv08849 21mc100
-------------------------------------------------------------------------------------------
 181 Presuto Stephen Presuto Carolyn 07cv05043 21mc100
-------------------------------------------------------------------------------------------
 182 Puma Joseph Puma Victoria 09cv03414 21mc100
-------------------------------------------------------------------------------------------
 183 Ramrattan Victor Ramrattan Bibi 05cv09340 21mc100
-------------------------------------------------------------------------------------------
 184 Rios John Rios Elba 06cv08085 21mc100
-------------------------------------------------------------------------------------------
 185 Roberts Carlyle Roberts Janice 06cv09684 21mc100
-------------------------------------------------------------------------------------------
 186 Roberts Roland Roberts Amelia 07cv10833 21mc100
-------------------------------------------------------------------------------------------
 187 Rocchio Silvestro Rocchio Melissa 06cv12457 21mc100
-------------------------------------------------------------------------------------------
 188 Rodriguez Esteban Rodriguez Yolanda 06cv08523 21mc100
-------------------------------------------------------------------------------------------
 189 Roemer James Roemer Mary 06cv10863 21mc100
-------------------------------------------------------------------------------------------
 190 Rogers Cohn Rogers Heather 06cv10468 21mc100
-------------------------------------------------------------------------------------------
 191 Sabatini Emil Sabatini Robin 06cv10971 21mc100
-------------------------------------------------------------------------------------------
 192 Sanchez Jorge Sanchez Christina 06cv12486 21mc100
-------------------------------------------------------------------------------------------
 193 Santiago Erick Agramonte Ramona 05cv01693 21mc100
-------------------------------------------------------------------------------------------
 194 Schindlar Michael Schindlar Gloria 06cv15044 21mc100
-------------------------------------------------------------------------------------------
 195 Sciuto Steven Sciuto Tara 06cv15053 21mc100
-------------------------------------------------------------------------------------------
 196 Scott Julia Jackson Jessica 07cv09185 21mc100
-------------------------------------------------------------------------------------------
 197 Scotto Vincent Scotto Amy 05cv09033 21mc100
-------------------------------------------------------------------------------------------
 198 Settecasi Frank Settecasi Jeanette 06cv10487 21mc100
-------------------------------------------------------------------------------------------
 199 Sheridan Stephen Sheridan Kathleen 06cv09215 21mc100
-------------------------------------------------------------------------------------------
 200 Shortell Daniel Shortell Staci 10cv00789 21mc100
----------------------------------------------------------------------------------------
 201 Sielaw Robert Chiauppa Maria 06cv02886 21mc100
-------------------------------------------------------------------------------------------
 202 Silva Enrique Silva Elizabeth 06cv09710 21mc100
-------------------------------------------------------------------------------------------
 203 Sims Eddie Sims Shirley 06cv12528 21mc100
-------------------------------------------------------------------------------------------
 204 Slizewski Kenneth Kane-Slizewski Kathy 05cv01183 21mc100
-------------------------------------------------------------------------------------------
 205 Somma Carmine Somma Thomas 08cv05941 & 21mc100
 07cv10211
-------------------------------------------------------------------------------------------
 206 Spera Robert Spera Rita 06cv12860 21mc100
-------------------------------------------------------------------------------------------
 207 Spinelli Frederick Spinelli Francine 05cv01666 21mc100
-------------------------------------------------------------------------------------------
 208 Stark Frank Stark Pamela 05cv02495 21mc100
-------------------------------------------------------------------------------------------
 209 Steil Joseph Steil Linda 06cv12548 21mc100
-------------------------------------------------------------------------------------------
 210 Sterling Joseph Sterling Brenda 06cv15080 21mc100
-------------------------------------------------------------------------------------------
 211 Stewart James Stewart Sandra 06cv11590 21mc100
-------------------------------------------------------------------------------------------
 212 Stoll Joseph Stoll Nazmoun 06cv12825 21mc100
-------------------------------------------------------------------------------------------

*647
-------------------------------------------------------------------------------------------
 213 Tarawally Alpha Tarawally Kadiatu 06cv09729 21mc100
-------------------------------------------------------------------------------------------
 214 Thomas Harold Thomas Ila 06cv15088 21mc100
-------------------------------------------------------------------------------------------
 215 Tierney James Tierney Mary 05cv01642 21mc100
-------------------------------------------------------------------------------------------
 216 Timashev Marat Timasheva Guzalya 07cv06518 21mc100
-------------------------------------------------------------------------------------------
 217 Torres Jorge Torres Jane 06cv11313 21mc100
-------------------------------------------------------------------------------------------
 218 Train Ronald Train Merry Lynn 06cv12582 21mc100
-------------------------------------------------------------------------------------------
 219 Troiano Anthony Hata Keiko 06cv07562 21mc100
-------------------------------------------------------------------------------------------
 220 Truglio Steven Truglio Aleksandra 06cv15101 21mc100
-------------------------------------------------------------------------------------------
 221 Trzaska Thomas Matson Mona 07cv10859 21mc100
-------------------------------------------------------------------------------------------
 222 Turino Michael Turino Louise 06cv08112 21mc100
-------------------------------------------------------------------------------------------
 223 Valarezo Wilson Obando-Aguire Sara 06cv07564 21mc100
-------------------------------------------------------------------------------------------
 224 Valentin Amado Valentin Luisa 06cv09739 21mc100
-------------------------------------------------------------------------------------------
 225 Valerga Paul Valerga Tracy 08cv00804 21mc100
-------------------------------------------------------------------------------------------
 226 Van Utrecht Harry Van Utrecht Yvonne 06cv09740 21mc100
-------------------------------------------------------------------------------------------
 227 Vargas Erik DiPiazza Jodilynn 07cv09000 21mc100
-------------------------------------------------------------------------------------------
 228 Vega Orlando Vega Luz 06cv15112 21mc100
-------------------------------------------------------------------------------------------
 229 Vega Richard Vega Nancy 06cv10524 21mc100
-------------------------------------------------------------------------------------------
 230 Velazquez Rufino Velazquez Maria 06cv08941 21mc100
-------------------------------------------------------------------------------------------
 231 Velez David Velez Mary 06cv07567 21mc100
-------------------------------------------------------------------------------------------
 232 Vitale John Vitale Catherine 06cv10529 21mc100
-------------------------------------------------------------------------------------------
 233 Walker James Walker Suzanne 06cv15128 21mc100
-------------------------------------------------------------------------------------------
 234 Wanker Christopher Wanker Maghan 05cv04442 21mc100
-------------------------------------------------------------------------------------------
 235 Washington William Washington Acention 05cv02037 21mc100
-------------------------------------------------------------------------------------------
 236 Waters Dorothy Waters Lorraine 08cv00811 21mc100
-------------------------------------------------------------------------------------------
 237 Whitfield Lorren Whitfield Carolyn 05cv01427 21mc100
-------------------------------------------------------------------------------------------
 238 Wilczewski Wieslaw Wilczewski Zofia 06cv12621 21mc100
-------------------------------------------------------------------------------------------
 239 Williams LeRoy Williams Sonji 06cv12625 21mc100
-------------------------------------------------------------------------------------------
 240 Zachar Kenneth Zachar Daniella 06cv12639 21mc100
-------------------------------------------------------------------------------------------
 241 Alvear Santiago Carpio Martha 06cv02220 21mc102
-------------------------------------------------------------------------------------------
 242 Arias Julio Arias Jane 06cv01340 21mc102
-------------------------------------------------------------------------------------------
 243 Davila Flora Davila Paul 07cv04463 21mc102
-------------------------------------------------------------------------------------------
 244 Foremska Lucyna Foremska Tadeusz 05cv03090 21mc102
-------------------------------------------------------------------------------------------
 245 Guartambel Jose Guartarnbel Mercedes 08cv04937 21mc102
-------------------------------------------------------------------------------------------
 246 Lola Jose Durazno Livia Maria 06cv12219 21mc102
-------------------------------------------------------------------------------------------
 247 Mendoza Enrique De Mendoza Maria 07cv05302 21mc102
-------------------------------------------------------------------------------------------
 248 Mnich Marian Mnich Anna 08cv05764 21mc102
-------------------------------------------------------------------------------------------
 249 Mora Andres Valdez Rosa 08cv02661 21mc102
-------------------------------------------------------------------------------------------
 250 Morales Segundo Morales Dolores 07cv01668 21mc102
-------------------------------------------------------------------------------------------
 251 Moroclloo- Simon Hoyos Monica 08cv02663 21mc102
 Andrade
-------------------------------------------------------------------------------------------
 252 Naula Miguel Margarita Maria 08cv02671 21mc102
-------------------------------------------------------------------------------------------
 253 Paduani Miguel Paduani Camille 07cv05307 21mc102
-------------------------------------------------------------------------------------------
 254 Torres Miguel Torres Maria 07cv04519 21mc102
-------------------------------------------------------------------------------------------
 255 Valdiviezo Hector Casado Veronica 07cv01542 21mc102
-------------------------------------------------------------------------------------------
 256 Alvarez Maria Chavarriage Carlos 05cv10135 21mc103
-------------------------------------------------------------------------------------------
 257 Azubike Victor Azubike Tekrisha 07cv09058 21mc103
-------------------------------------------------------------------------------------------
 258 Belkowski Wlodzimierz Belkowski Teresa 07cv05339 21mc103
-------------------------------------------------------------------------------------------
 259 Carlisi Michael Carlisi Tara 06cv02819 21mc103
-------------------------------------------------------------------------------------------
 260 Cesta Monte Mesa Elaine 08cv02597 21mc103

*648
-------------------------------------------------------------------------------------------
 261 DeJesus Gilberto DeJesus Maria 07cv09087 21mc103
-------------------------------------------------------------------------------------------
 262 Dominguez Tailor Dominguez Juanna 08cv02266 21mc103
-------------------------------------------------------------------------------------------
 263 Donnelly Christopher Donnelly Linde Carol 07cv09978 21mc103
-------------------------------------------------------------------------------------------
 264 Encalada Marco Encalda Blanca 07cv01494 21mc103
-------------------------------------------------------------------------------------------
 265 Gallego Carmen Gallego Salazar 07cv00062 21mc103
-------------------------------------------------------------------------------------------
 266 Greaney John Greaney Andrea 07cv05410 21mc103
-------------------------------------------------------------------------------------------
 267 Kajewska- Bozena Pielarz Jozef 05cv00744 21mc103
 Pielarz
-------------------------------------------------------------------------------------------
 268 Leon Cesar Dipini Agnes 07cv00063 21mc103
-------------------------------------------------------------------------------------------
 269 Leon Ines Quezada Luis 07cv04481 21mc103
-------------------------------------------------------------------------------------------
 270 Liguori Jerry Liguori Rita 06cv08447 21mc103
-------------------------------------------------------------------------------------------
 271 Mahoney Robert Mahoney Frances 06cv11709 21mc103
-------------------------------------------------------------------------------------------
 272 Maldonado Felix Santos Cristina 06cv14825 21mc103
-------------------------------------------------------------------------------------------
 273 Meltz Richard Meltz Karen 06cv08469 21mc103
-------------------------------------------------------------------------------------------
 274 Merchan Carlos Merchan Martha 07cv01665 21mc103
-------------------------------------------------------------------------------------------
 275 Miranda Susana Labre Martin 08cv02293 21mc103
-------------------------------------------------------------------------------------------
 276 Mollahan Robert Mollahan Edward 07cv05018 21mc103
-------------------------------------------------------------------------------------------
 277 Pena Alexander Pena Maryan 07cv08929 21mc103
-------------------------------------------------------------------------------------------
 278 Ramirez Harold Thomas Novoa 08cv02304 21mc103
-------------------------------------------------------------------------------------------
 279 Robles Blanca Encalada Marcos 07cv01520 21mc103
-------------------------------------------------------------------------------------------
 280 Rodas Patricio Ruiz Taina 07cv01694 21mc103
-------------------------------------------------------------------------------------------
 281 Rojas Jaime Hernandez Johanna 07cv04511 21mc103
-------------------------------------------------------------------------------------------
 282 Romaniuk Mieczyslaw Romaniuk Maria 07cv05316 21mc103
-------------------------------------------------------------------------------------------
 283 Stanford Phillip Stanford Susan 08cv05157 21mc103
-------------------------------------------------------------------------------------------
 284 Szynkowski Zbigniew Szynkowska Ewa 08cv02308 21mc103
-------------------------------------------------------------------------------------------
 285 Torres Felix Torres Maria 06cv01675 21mc103
-------------------------------------------------------------------------------------------
 286 Vanfechtmann Edward VanFechtmann Lorraine 07cv01719 21mc103
-------------------------------------------------------------------------------------------
 287 Vitiello Andrew Vitiello Sylvia 06cv09244 21mc103
-------------------------------------------------------------------------------------------
 288 Wragg Clarence Wragg Cecilia 06cv08125 21mc103
-------------------------------------------------------------------------------------------

Exhibit D
Honorable Alvin K. Hellerstein U.S. District Court for the Southern District of N.Y.

In Re WTC Disaster Litigation

REPORT TO THE COURT:

SPECIAL COUNSEL PROJECT
Dear Judge Hellerstein:
Attached is our Report on the Special Counsel Project assigned to me in your Honor's Order of November 24, 2010. We elaborate the outreach steps considered, the methodology utilized and the results of our communications with some 546 Eligible Plaintiffs who, at the time of our assignment, had not yet opted into the Settlement Process Agreement.
Many hundreds of these had not responded to their lawyers' communications. Your Honor's Order suggested that there were frustrations behind the non-responses. Our contacts with many of these plaintiffs confirmed that.
Based on written response forms returned to us, substantive telephone conferences with plaintiffs or in-person meetings with some, a significant number of Eligible *649 Plaintiffs expressed a decision on how they wished to proceed. The total numbers are as follows:
Opt Ins: 44
Opt Outs: 31
Discontinuances: 47
Three additional written responses came in after the December 17 deadline (two Opt Outs and one Discontinuance).
If you subtract from the 546 Eligible Plaintiffs originally "assigned" to us the 125 who expressed a definitive choice, the number not responding with a decision on how to proceed is 421.
We have back-up and log data for communications, contacts and response/non-response records for each Eligible Plaintiff on the list received from plaintiffs' counsel. If you require, we can generate a spreadsheet.
We received excellent and unreserved cooperation from William H. Groner and Christopher LoPalo of plaintiffs' law firm. They made our task easier, which was much appreciated given the narrow time frame and the large number of persons needing outreach. We mailed to 544 plaintiffs. We telephoned at least 256 plaintiffs, often multiple times. We engaged in substantive telephone discussions with 128 plaintiffs. We met in person with seven individuals in our New York and Long Island offices. These meetings included two of the first plaintiffs who are among the most vocal and critical of the litigation process and settlement plan. We followed up with them at length by telephone several times. Virtually all of the plaintiffs we engaged in substantive discussions were appreciative for the assistance.
I will not specify here the plaintiffs' questions that our team lawyers addressed but there were many and they were quite complex.
In view of our rush to get the Report to you, please consider the foregoing a kind of "Executive Summary." If you wish a more formal Executive Summary, we will be happy to provide it.
Needless to say, if you have any questions we will try to answer them,
Thank you for this challenging assignment and your confidence in our ability to tackle it.
Sincerely,
Michael Hoenig
Michael Hoenig, Esq.
Herzfeld & Rubin, P.C.
125 Broad Street
New York, N.Y. 10004
Tel: (212) 471-8530
Fax: (212) 344-3333
E-Fax: (212)232-6630
mhoenig@herzfeld-rubin. com

CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (212) 471-8500 or one of the numbers *650 above and Mete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.
IRS CIRCULAR 230 NOTICE: IRS CIRCULAR 230 REQUIRES THAT WE ADVISE YOU THAT ANY U.S. FEDEAL TAX ADVICE CONTAINED IN THIS COMMUNICATION OR IN ANY ATTACHMENT HERETO IS NOT ITENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENATIES UNDER THE INTERNAL REVNUE CODE OR (2) PROMOTING, MAKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSATION OR MATTER ADDRESSED HEREIN.

In Re WTC Disaster Litigation REPORT TO THE COURT:

SPECIAL COUNSEL PROJECT

Introduction
In its Order dated November 24, 2010, the Court assigned to Michael Hoenig, a member of Herzfeld & Rubin, P.C., the task of acting as Special Counsel to hundreds of Eligible Plaintiffs who had not opted into the Settlement Process Agreement (SPA) to assist them in arriving at a decision in their best interests. These Eligible Plaintiffs consisted of several subgroups; persons who could not be located despite diligent efforts; persons who declined to communicate with their counsel; persons who expressed a desire to opt into the SPA but who had not completed their paperwork; and persons who were on the Eligible Plaintiffs list but who expressed a desire to withdraw from the lawsuit.
The Order tasked Special Counsel to assist such Eligible Plaintiffs to come to a decision on the basis of full and fair disclosure of all the benefits and detriments of each choice and to make proper declaration of such choice. The Order called for plaintiffs' law firms to provide assistance and access to their records. Special Counsel's services were to be performed until December 17, 2010 when they would end.
This Report summarizes the activities and methodologies utilized by Special Counsel in implementing the Court's assignment and describes the results of that effort.

1. Initial Flood of Inquiries

The Court's Order on the Special Counsel Project was announced on November 24, the day before Thanksgiving. Almost immediately, Special Counsel was personally deluged by phone calls from persons who were not Eligible Plaintiffs and who misunderstood the Court's Order to be a general extension of a deadline within which to file new claims or lawsuits or to join in pending litigation or to opt into the settlement. They seemingly were misled by news media and press headlines and accounts of a general extension of the litigation deadline to December 17.
Arrangements were made within Special Counsel's office to field such calls on an orderly, courteous basis. Names and contact information were taken and each such person was called thereafter to explain the nature of the deadline and the purposes of the Special Counsel Project. Those persons who needed legal advice were told to call the New York State Bar Association's Attorney Referral Service and were given the number. Contacts from persons not on the Eligible Plaintiffs List continued throughout the Project.
*651 The initial flood of contacts included calls or e-mails from news media reporters wanting to interview Special Counsel or to get details regarding the assignment. Such contacts were not returned for a number of reasons.

2. Initial Steps

Because November 25 was Thanksgiving and the Project involved acquiring expert knowledge of many details in a very short period of time, the initial days were spent obtaining and studying the Settlement Process Agreement (SPA), the cancer insurance policy, The Zadroga Bill, contacting plaintiffs' lawyers, obtaining and studying their various letters to their clients (copy of which were appended to Counsel's reports to the Court of November 17 and 22, 2010), and conferring with Special Master Professor Aaron D. Twerski regarding the history and course of the World Trade Center (WTC) litigation, among other efforts.
Because the Court's Order mentioned that some 520 Eligible Plaintiffs had not opted into the SPA and Special Counsel's assignment would end on December 17, consideration had to be given as to how to reach out to so many non-responding persons within the narrow time frame available and give them the information and advice necessary for them to make a decision in their best interests. We were told that many plaintiffs were not responding to their lawyers and quite a number were not able to be located despite diligent efforts by their counsel. As a result, we had to consider and potentially prepare for personal contacts with hundreds of lay persons to explain legal complexities regarding their rights. And, although under the SPA Eligible Plaintiffs fell into only four tiers or settlement categories, individuals' injury pictures differed and the intricate "point system" applied under the SPA rendered complex the job of explaining many plaintiffs' likely settlement offers plus the possibility of additional settlement amounts. These factors meant that explaining potential high and low settlement values to all individuals could entail personal analyses for each plaintiff, especially in tier 4. Time was thus needed to accommodate advising large numbers of persons.
We resolved to focus on establishing personal contacts with as many Eligible Plaintiffs as we could and to emphasize that we were independent Special Counsel available to help those who wanted such assistance. Because in-person meetings with large numbers of persons were possible, we had to consider the potential of meeting with hundreds of plaintiffs, either individually or in groups. This meant staffing adequately.
Legal complexities abounded. For example, to mention but a few, would opting into the SPA preclude claims for cancers occurring in the future? What would be the effect of the so-called "two-injury" rule the Court had mentioned in an earlier Order? What would be the interface of any of a plaintiff's choices with the benefits accorded under the Zadroga Bill were it to pass? What is the likelihood of success or risk in not settling and continuing on with the lawsuit? How will the Resolution Neutral decide what the plaintiff's settlement amount is? Can one appeal? And so on. These types of questions potentially raised by hundreds of individuals, it was clear, would require a staff of experienced lawyers to counsel those wanting assistance. Because, for many, these were critical crossroads decisions, we also needed paralegals to record and log in all contacts and decisions made by individuals.
Mr. Hoenig assembled a team of seven experienced litigators, one law clerk (awaiting admission to the bar) and a paralegal. The team was briefed extensively *652 by Mr. Hoenig regarding the assignment; the importance of emphasizing our independence and availability to help those wanting it; the nature of the SPA; the insurance policy; the Zadroga Bill; Daubert considerations; the "two-injury" rule; and a host of other factors. A template for personal discussions by the team attorneys with individual plaintiffs was discussed so that some uniformity of communication would be effected, yet allow some flexibility to cover particularized or varied issues raised by individuals needing personal attention. Mr. Hoenig prepared the team regarding questions likely to be raised and the appropriate responses.
The Court's November 24 Order called for cooperation by plaintiffs' counsel and access to their records. We got it. Mr. Hoenig and his partner, Natalie Lefkowitz, conferred by phone with attorneys William H. Groner and Paul J. Napoli who offered their assistance. We decided that communications with plaintiffs' counsel would be more effective if one or two contact persons were designated. They, in turn, could invoke the assistance of others in their office. Mr. Groner offered his own assistance "24/7" and he truly made good on that offer as Mr. Hoenig and Ms. Lefkowitz often called upon him to discuss implementation of the Project. Mr. Groner designated attorney Christopher LoPalo, another of Plaintiffs' counsel, to be a contact person familiar with their records and plaintiffs' personal data. Mr. LoPalo, too, did not disappoint. His cooperation was prompt and responsive to our requests. Mr. Groner also met with Special Counsel's team in person, described the challenges to be expected in contacting the plaintiffs and answered questions. Mr. LoPalo provided last-known contact information regarding the Eligible Plaintiffs who had not yet opted in, as well as other data critical to our assignment. Information was supplemented by them as needed.

3. Developing A Plan of Action

Mr. Hoenig carefully reviewed the various letters plaintiffs' counsel had sent to their clients and considered potential problems plaintiffs may have perceived with them. Since the Eligible Plaintiffs not responding to their counsel had already received this style of detailed correspondence, we resolved that any mailing to such plaintiffs should consist only of a simple letter offering Special Counsel's help and emphasizing our independence. The mailing would be via priority mail, overnight delivery. It would include a stamped, self-addressed envelope and a simple form to be signed and returned immediately expressing a wish for such assistance or one of other specified choices. The mailing would also advise about our e-mail address and a toll-free number where the claimant could express his/her wish for help.
Depending on the number of responses and the available time frame, we resolved to have team attorneys available for as many personal meetings as feasible, including one-on-one or group sessions. We would make our offices in lower Manhattan (with sizeable conference rooms) and Long Island available and, if necessary, would rent a convenient hotel meeting room to accommodate an extremely large number of claimants seeking assistance, supplemented by break-out sessions with individual attorneys.
To accommodate those who work during the day, we would have attorneys available for meetings at night and during Saturdays and Sundays.
We would have a staff available to answer our toll-free number seven days a week until late at night. Thereafter, a recorded message would give callers instructions *653 on leaving a name and telephone number so that the caller could be contacted the next day.
We considered placing ads in the N.Y. Times, Daily News, N.Y. Post and Newsday, particularly to try to reach the nonlocatable plaintiffs. However, upon reflection, we rejected this step. First, costly advertising to millions of newspaper readers in order to try to reach some 80-90 persons who might have relocated outside the New York area did not seem efficient or cost-effective. Second, based on the rush of calls experienced when the news broke about Special Counsel and the December 17 deadline, from those who were not Eligible Plaintiffs and with continuing contacts by such persons, we concluded that advertising to several millions of newspaper readers would invite numerous calls or contacts by those who were not Eligible Plaintiffs but would like to discuss suing or participating in a settlement. A further surge of such callers would distract us from the limited assignment spelled out in the November 24 Order.
We had contact information regarding a number of First Responder or WTC Support Groups and considered placing ads or articles in their newsletters or the group's e-mail distribution channels but here, too, we concluded that persons other than nonlocated Eligible plaintiffs would rush to try to join litigation that had passed them by. Further, in order to pinpoint messages towards the non-located plaintiffs, we would possibly divulge information to the Responder universe that individual plaintiffs might like to keep private. Ultimately, we concluded that "finding" non-located plaintiffs could be achieved better by investigative efforts targeted at the individuals than by mass publications.

4. Implementation of the Project

There were 546 Eligible Plaintiffs who did not opt in to the SPA, according to the records of plaintiffs' counsel. We ascertained that 13 of these were deceased. We obtained from plaintiffs' counsel the names and addresses of 11 of the deceased's family members or representatives but there was no information regarding addresses for two of the deceased Eligible Plaintiffs.

A. Mailings

Accordingly, we sent out 544 letters, by priority mail overnight delivery, to the Eligible Plaintiffs group within our assignment. The letter was a simple expression of our independence and availability to help. The mailing also enclosed a response form containing simply-stated choices to be made regarding further action. A box adjacent each choice would be checked and the signed form was to be returned in the enclosed, postage-paid, self-addressed envelope. Plaintiffs also were advised regarding our toll-free telephone number and our e-mail address. A sample Special Counsel letter and response form is attached as "Attachment 1."
Only 10 undelivered, returned mailings reached us. We tried to follow up with each of the 10 Eligible Plaintiffs. Reasons for the returned mailings were:
 2 "moved, not forwardable"we tried to reach both by phone and via other telephone numbers, unsuccessfully;
 1 "no such number"there was no such house number; his phone number was not working;
 1 "unclaimed"we contacted him by phone and e-mailed him another form, which he did not return;
 1 "no such street"we contacted him by phone; he verbally expressed *654 a wish to opt in and we so advised his counsel;
 1 "undeliverable"we spoke to the plaintiff and he sent in his form to opt in;
 1 "not at this address"this returned mailing reached us on December 20, 2010, after our Project had ended and, therefore, no further attempt was made;
 1 "attempted not known"our lawyer tried to call him and left a message on his cell phone number;
 2 "vacant"we called the home and office of one plaintiff and both numbers were not in service; the other plaintiff's mailing reached us on December 20, 2010, after our Project had ended and, therefore, no further attempt was made.
Based on the foregoing, an overwhelming number of our mailings, 534, were delivered. Follow-ups on the 10 returned mailings resulted in a number of informative contacts nonetheless.

B. Dedicated Phone Line

We established a dedicated, toll-free phone line. Following the 544 mailings, the toll-free phone line was staffed during the day and up to 11:00 p.m. Thereafter, a recorded announcement invited callers to leave a message and provide contact information. All such calls were followed up the next day by Project team members. Notwithstanding the dedicated, toll-free number, both Mr. Hoenig individually and the office switchboard continued to receive numerous calls relating to the WTC litigation. All such callers were spoken to or contacted later by team members.

C. Return Forms

We received 91 written response forms, most in our postage-paid return envelopes. A few were faxed, e-mailed or sent by plaintiffs in their own envelopes. A few plaintiffs created inconsistencies by checking two boxes, for example, one for "opting out" and one for "discontinuance." These were followed up by phone to clarify the choice.

D. Telephone Contacts

We followed up the mailings with telephone calls to at least 258 plaintiffs. Many involved additional multiple telephone contacts by Project team members because messages were left and then followed up or because we had alternate telephone numbers to try when one number did not result in a conversation. In excess of 600 calls likely were initiated.
Of the 258 plaintiffs we telephoned, we engaged in substantive conversations with 128 plaintiffs. These contacts ranged from brief conversations identifying our independence, our availability to help, our suggestion to return the response forms, our invitation to meet in-person or further by phone, and our answering questions plaintiffs hadto full-blown, lengthy discussions explaining their rights and other input relevant for decision-making. Thus, substantive telephone conversations engaged nearly 25% of the Eligible Plaintiffs within our assignment. This effort, as a practical matter, was arguably even more effective since the initial number of 546 Eligible Plaintiffs included some 90 or so originally listed by counsel as not locatable.
Of the 258 plaintiffs we reached by phone, we also left messages (often multiple) for some 130 persons and these were not returned. Most plaintiffs, when offered in-person meetings, elected to proceed substantively by telephone conference instead. This led to many lengthy phone calls, frequently followed by additional phone conversations.

*655 E. In-Person Meetings

Although we offered all individuals we spoke with in-person meetings, only seven (7) such in-person meetings were held. Several were held at our Long Island office. In one of these the plaintiff did not show up. He then called our Project attorney, apologized and requested a meeting the next day. We accommodated his request. The rest of the in-person meetings were held in our N.Y. City office. One of these involved two plaintiffs at the same time. All in-person meetings were lengthy, substantive and deemed helpful by the individual plaintiffs all of whom expressed appreciation.
Even before our mailings were received, Mr. Hoenig received a request by two of the most vocal and knowledgeable "optout" plaintiffs for an in-person meeting. Both were Detectives who were the first plaintiffs in the litigation and both, over the years, had publicly expressed frustration and dissatisfaction with their attorneys' representation and the benefits to be awarded under the SPA. Mr. Hoenig decided to meet with them at their earliest convenience because their outspokenness and visibility within the group would possibly reflect or inform about experiences and frustrations of the larger group of plaintiffs who chose not to respond to their counsel or to opt in to the settlement. Mr. Hoenig was accompanied at this meeting by a few Project team members. The meeting was lengthy, informative and helpful. A number of questions were raised by each plaintiff that Mr. Hoenig said he would try to answer for them in future contacts. The plaintiffs expressed their appreciation.
Thereafter, Mr. Hoenig and Ms. Lefkowitz followed up with repeated, sometimes lengthy and detailed phone conversations with each plaintiff individually. Although each such plaintiff eventually decided not to opt into the settlement, we believe they were informed adequately for purposes of making a decision.

F. Non-Locatable Eligible Plaintiffs

A large number of Eligible Plaintiffs were categorized by their counsel as not located despite diligent efforts to do so. The numbers varied from 93 to less than 80 at different times. We examined the nature of counsel's efforts and found those efforts to be reasonable. Using these plaintiffs' last known addresses and phone numbers, we mailed them the letters and response forms and followed up with attempted phone calls. We also engaged an internet search service to test the results of attempting by such means to find about a half-dozen tier 4 plaintiffs from the "notlocated" group. One of our Project lawyers followed up with this service. The process was time-consuming as these advertised internet search services usually introduce the searcher to still more search engines requiring further exploration. Proving to be an unsuccessful test, we tried an alternative approach. One of our technically-oriented paralegals conducted internet searches for nine of the tier 4 "not-located" plaintiffs, as a test. Although he developed additional numbers and locations for some six of the individuals, diligent follow-up showed that they were not correct information for the individuals involved. This approach was halted.
We considered use of an experienced private investigator to do the searches but the hourly charges, the number of hours needed for each person and the time available for our assignment made this an expensive, inefficient project. Additionally, our Project team members had to focus on substantive discussions with numerous Eligible Plaintiffs we were able to reach.

*656 G. ResponsesWritten and Verbal

As indicated above, the response forms included in the mailing offered the plaintiffs choices of how to proceed. One category offered Special Counsel assistance. Others offered opt-in, opt-out, and discontinuance-of-action choices. (The forms also asked for insertion of their "best" contact information. This provided us with new numbers and alternative channels of communication).
In addition, these choices were discussed in our substantive telephone discussions and during in-person meetings. Thus, Eligible Plaintiffs' expressed wishes were recorded by Project team members whether they were expressed via written response forms or personal meetings or telephone conversations. A log of contacts/responses was kept for each Eligible Plaintiff. If no response was received that, too, was noted. A small number of inconsistencies occurred because some plaintiffs marked two boxes (e.g., opt out and discontinue) or because their telephonic expression of choice differed from the one on the written form. These discrepancies, among others, effected minor changes in the totals for each category.
The following are general results from the responses we received, both written and verbal:
 Only Requested Assistance via Form: 18
 Only Requested Assistance via Toil-Free phone call or E-Mail: 35
 Written Opt In-26
 Verbal Opt In-18
 Written Opt Out-20
 Verbal Opt Out-9
 Written Discontinue-18
 Verbal Discontinue-29 Inconsistent Responses
 2 said Discontinue but selected "opt out" on the response form.
 1 said "opt out" but selected "discontinue" on the form.
The inconsistent responses are in addition to the numbers listed above. Thus, depending on which category the response is allocated, that tally will increase.
Melding the written and verbal responses (and crediting the inconsistencies to the written version) yields the following totals:
 Only requests for Special Counsel assistance: 53
 Opt Ins: 44
 Opt Outs: 31
 Discontinuances: 47
[Note: In addition to the foregoing, we received three (3) written response forms on December 21, 2010 which is after the December 17 deadline. Two of those were "opt-outs." One was inconsistent by checking both "opt out" and "discontinue" boxes.]
Not counting the Requests for Special Counsel Assistance (but including the three (3) late written responses), some 125 Eligible Plaintiffs were assisted in expressing a choice.

Conclusion
In the time frame between the Court's assignment on November 24 and December 17, 2010, nearly one-quarter of nonresponsive Eligible Plaintiffs expressed a decision choosing how they wished to proceed with regard to the SPA. A significant number communicated with Special Counsel's Project team and availed themselves of assistance. As suggested in the Court's Order of November 24, a large number of Eligible Plaintiffs who did not opt in were frustrated and angry regarding the litigation process, the value of their anticipated settlement offer and for other reasons. Additionally, a significant number expressed *657 feeling overwhelmed by the complexity of their options and the difficulty of making a decision. Contacts with Special Counsel's lawyer team appeared to assuage some of these individuals' feelings and helped to restore to some further communication with their attorneys.
We received excellent and unrestricted cooperation and assistance from Mr. Groner and Mr. LoPalo, members of plaintiffs' law firm.
If additional information is needed we can refer to the logs and records for each plaintiff and provide it.
M. Hoenig
December 21, 2010

 Michael Hoenig
 Direct Line: (212) 471-8530
 mhoenig@herzfeld-rubin.com
 December 7, 2010
Re: Special Counsel Assistance WTC Litigation
Dear Eligible Plaintiff:
I write to you as independent Special Counsel appointed by Hon. U.S. District Court Judge Alvin K. Hellerstein of the Southern District of N.Y. who presides over the World Trade Center (WTC) litigation.
As you may know, a court-approved settlement has been concluded between Eligible Plaintiffs and certain principal defendants. This Is called the "Settlement Process Agreement" (SPA). An overwhelming number of Eligible Plaintiffs have opted-in to the SPA, more than 95% overall and even higher in certain injury categories.
Some Eligible Plaintiffs, however, have not yet opted in to accept the settlement offer. As to those, Judge Hellerstein has concluded that In a large litigation such as this certain factors may interfere with individual litigants' needs for a calm, deliberate evaluation of their best interests. He has decided that those individual Eligible Plaintiffs should have an opportunity to evaluate their rights and interests with the help of neutral Special Counsel, to arrive at an informed decision regarding their best interests. Accordingly, Judge Hellerstein has appointed me to act as Special Counsel and, together with attorneys and paralegals at this law firm, to help you arrive at an informed decision.
I stress three factors of importance: (1) we are Independent Special Counsel; (2) our sole purpose is to help those Eligible Plaintiffs who want assistance to make an informed decision; and (3) we are available to help for only a narrow, brief period, until mid-December, when our assignment expires.
Therefore, you have to let us know ASAP if you want our help. To make things easier for you in expressing your wishes to us immediately, we have done the following:
 We have provided a stamped, selfaddressed envelope which you should mail back to us Immediately containing the simple form that expresses your wishes;
 We provide a toll-free telephone number for you to call and express your wish for assistance: (877) 586-1992;
 We provide, for those using computers, an e-mail address where you can express your wish for assistance: WTC@Herzfeld-Rubin.com

*658  We provide a simple form that you should return immediately expressing your wishes. Just check the box applicable to your decision on whether to request Special Counsel's assistance or another choice, sign the form, print your name under your signature, insert the date and mail It back In the enclosed envelope. If a derivative claim is also involved (for example, a claim by a spouse of the injured party), both Eligible Plaintiffs should sign.
Again, we are Independent Special Counsel; we are here to help inform you so that you can make a decision in your best interests; and time is of the essence! Please act quickly. Sincerely,
/s/ Michael Hoenig
Michael Hoenig
INDEPENDENT SPECIAL COUNSEL ASSISTANCE
Dear Mr. Hoenig:
In response to your letter offering assistance as Special Counsel, the following is my choice:
[] I would like to have the assistance of independent Special Counsel to help me make an informed decision.
[] I do not need or want Special Counsel's assistance but have decided to opt in to the settlement. I understand I have to complete my paperwork and send it to my counsel immediately to opt in and accept the settlement.
[] I do not need or want Special Counsel's assistance. I consent to discontinuance of my lawsuit
[] I do not need or want Special Counsel's assistance and have decided to opt out of the settlement
The best way to reach me is via:
[] Address:
 ________________________________
[] Telephone:
 ________________________________
[] E-Mail:
 ________________________________
Very truly yours,
________________________________________
________________________________________
Dated: December ____,2010